1  STEVEN B. WOLFSON
   DISTRICT ATTORNEY
2  State Bar No. 1565
   **CIVIL DIVISION**
3  By: **STEPHANIE A. BARKER**
   Chief Deputy District Attorney
4  State Bar No. 3176
   By: **YOLANDA T. GIVENS**
5  Deputy District Attorney
   State Bar No. 4434
6  500 South Grand Central Pkwy., 5th Flr.
   Las Vegas, Nevada 89155-2215
7  Telephone: (702) 455-4761
   Facsimile: (702) 382-5178
8  Stephanie.Barker@clarkcountyda.com
   Yolanda.Givens@clarkcountyda.com
9  *Attorneys for Defendant CLARK COUNTY*

10                 **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12  RENEE DILLINGHAM,              )
                                    )
13              Plaintiff,          )   Case No: 2:13-cv-02083-JAD-CWH
                                    )
14       vs.                        )
                                    )
15  COUNTY OF CLARK, a political    )
    subdivision of the State of Nevada )
16                                  )
                                    )
17              Defendant.          )
    _____ )

18

19         **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

20         COMES NOW Defendant CLARK COUNTY, through its attorney District Attorney

21  STEVEN B. WOLFSON, by Chief Deputy District Attorney STEPHANIE A. BARKER and Deputy

22  District Attorney YOLANDA T. GIVENS; along with Plaintiff RENEE DILLINGHAM, through

23  her attorney DANIEL MARKS. ESQ., and pursuant to the Settlement Agreement entered into by

24  / / /

25  / / /

26  / / /

27  / / /

28

and between the parties hereto, hereby stipulate to dismissal of the above-captioned action, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 5 day of May, 2014.

MARKS LAW OFFICES

By: _____
DANIEL MARKS, ESQ.
State Bar No. 2003
610 South Ninth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 22nd day of May, 2014.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: _____
STEPHANIE A. BARKER
Chief Deputy District Attorney
State Bar No. 3176
YOLANDA T. GIVENS
Deputy District Attorney
State Bar No. 6707
P. O. Box 552215
Las Vegas, Nevada 89155-2215
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: May 23, 2014.

_____
UNITED STATES DISTRICT JUDGE